IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAMES ELLIS,<br>    Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES<br>USA, INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-23-CV-00357-DB |

## FINAL JUDGMENT

On December 8, 2023, the Parties entered a "Joint Stipulation of Dismissal with Prejudice." ECF No. 9. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this 11th day of **December 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE